UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:21-cv-494-BJB
*Electronically Filed*

WILLIAM CORDER                                                                                         PLAINTIFF

vs.            **NOTICE OF VOLUNTARY PARTIAL DISMISSAL**

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and            DEFENDANTS
PRUDENTIAL INSURANCE COMPANY OF AMERICA

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

Comes the Plaintiff, by counsel, and pursuant to Civil Rule 41(a)(1)(A)(i), hereby dismisses with prejudice his claims against Defendant Hartford Life and Accident Insurance Company as settled. In support of this notice, Plaintiff states that no defendant has served an answer or motion for summary judgment. Plaintiff's claims against Defendant Prudential Insurance Company of America remain pending in this action.

Respectfully submitted,

*/s/ Bartley K. Hagerman*
PHILIP G. FAIRBANKS
BARTLEY K. HAGERMAN
**Mehr, Fairbanks & Peterson**
**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone:  859-225-3731
Facsimile:  859-225-3830
Email: pgf@austinmehr.com
Email: bkh@austinmehr.com
*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

- **Bartley K. Hagerman**

bkh@austinmehr.com,amlopsc@yahoo.com,caitlyn@austinmehr.com,shall@austinmehr.com

- **Buddy J. VanCleave**

buddy.vancleave@qpwblaw.com,adrienne.watson@qpwblaw.com,vancleaveb1@mymail.nku.edu

- **Philip G. Fairbanks**

pgf@austinmehr.com,shall@austinmehr.com,caitlyn@austinmehr.com,amlopsc@yahoo.com

Manual Notice List

- None

*/s/ Bartley K. Hagerman*
BARTLEY K. HAGERMAN